UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE SLAUGHTER,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SACRAMENTO,<br><br>Defendant. | No. 2:24-cv-01757-SCR<br><br>PRETRIAL SCHEDULING ORDER |

On January 30, 2025, this case was before the undersigned for a status and pretrial scheduling conference. *See* ECF No. 15.  The parties have consented to proceed before the undersigned for all further proceedings, including trial and entry of judgment. ECF No. 11.  After hearing from the parties, and pursuant to the parties' joint status report (ECF No. 13), the Court enters the following scheduling order:

**SERVICE OF PROCESS**

Service of process is undisputed and Defendant has filed an answer.

**JOINDER OF PARTIES/AMENDMENTS**

Any motion to amend pleadings or for joinder of parties shall be filed on or before **August 8, 2025**.

**JURISDICTION/VENUE**

Jurisdiction and venue are undisputed and are hereby found to be proper.

1

**DISCOVERY**

Initial disclosures were to be served by **January 30, 2025**.

All non-expert discovery shall be completed by **September 30, 2025.** The word "completed" means that all discovery shall have been conducted so that all depositions have been taken and any disputes relative to discovery shall have been resolved by appropriate order if necessary and, where discovery has been ordered, the order has been complied with. Motions to compel non-expert discovery must be noticed on the undersigned's calendar in accordance with the Local Rules and must be heard not later than **September 4, 2025**.

The parties are reminded to review the "Civil Standing Order" posted on Judge Riordan's webpage. Judge Riordan encourages early resolution of discovery disputes outside the formal Local Rule 251 procedures, when appropriate. Upon order of the court, or by agreement of the parties, Judge Riordan will resolve minor or discrete discovery disputes by conducting an informal telephonic conference. Additional information is available on the court's website at www.caed.uscourts.gov

**EXPERT DISCLOSURE**

The parties shall disclose experts and produce reports in accordance with Federal Rule of Civil Procedure 26(a)(2) as follows: expert disclosures on or before **October 18, 2025**; rebuttal expert disclosures on or before **November 5, 2025**. Expert discovery shall be completed by **November 30, 2025**.

**MOTION HEARING SCHEDULES**

All motions, except motions for continuances, temporary restraining orders, or other emergency relief, or as to discovery, shall be filed by **December 22, 2025**. Counsel are cautioned to refer to the Local Rules and Judge Riordan's Civil Standing Order regarding the requirements for noticing such motions on the court's regularly scheduled law and motion calendar. Available hearing dates are available on Judge Riordan's website.

All purely legal issues are to be resolved by timely pretrial motion. The parties should keep in mind that the purpose of law and motion is to narrow and refine the legal issues raised by the case, and to dispose of by pretrial motion those issues that are susceptible to resolution

without trial. To accomplish that purpose, the parties need to identify and fully research the issues presented by the case, and then examine those issues in light of the evidence gleaned through discovery. If it appears to counsel after examining the legal issues and facts that an issue can be resolved by pretrial motion, counsel are to file the appropriate motion by the law and motion cutoff set forth above. The parties are cautioned that failure to raise a dispositive legal issue that could have been tendered to the court by proper pretrial motion prior to the dispositive motion cut-off date may constitute waiver of such issue.

Counsel are reminded that motions in limine are procedural devices designed to address the admissibility of evidence. Counsel are cautioned that the court will look with disfavor upon substantive motions presented in the guise of motions in limine at the time of trial.

**FINAL PRETRIAL CONFERENCE**

The parties will submit a final pretrial conference statement by **April 10, 2026**. A final pretrial conference is set for **April 24, 2026, at 11:00 a.m**.

**TRIAL SETTING**

This matter is set for jury trial to commence on **Monday, June 1, 2026, at 9:00 a.m**.

**SETTLEMENT CONFERENCE/MAGISTRATE JUDGE AS SETTLEMENT JUDGE**

The parties indicated willingness to engage in settlement negotiations before a magistrate judge of this Court, after conducting some initial discovery. If the parties determine that they desire a magistrate judge of this Court to convene a settlement conference, they shall file a joint notice so indicating.

IT IS SO ORDERED.

DATED: February 13, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE