1  **JOHN L. BURRIS, ESQ., SBN 69888**
   **BEN NISENBAUM, ESQ., SBN 222173**
2  **JAMES COOK, ESQ., SBN 300212**
   **BURRIS, NISENBAUM, CURRY & LACY, LLP**
3  Airport Corporate Center
4  7677 Oakport Street, Suite 1120 Oakland, CA 94621
   Telephone:  (510) 839-5200
5  Facsimile:  (844) 273-6873
6  Email:  John.Burris@johnburrislaw.com
   Email:  Bnisenbaum@gmail.com
7  Email:  James.Cook@johnburrislaw.com

8  Attorneys for Plaintiff, Slaughter
9
   SUSANA ALCALA WOOD, City Attorney (SBN 156366)
10 **SEAN D. RICHMOND, Senior Deputy City Attorney (SBN 210138)**
   **srichmond@cityofsacramento.org**
11 **KATE D.L. BROSSEAU, Deputy City Attorney (SBN 345596)**
12 **kbrosseau@cityofsacramento.org**
   CITY OF SACRAMENTO
13 915 I Street, Room 4010
14 Sacramento, CA 95814-2608
   Telephone: (916) 808-5346
15 Facsimile: (916) 808-7455

16 Attorneys for the CITY OF SACRAMENTO
17
18                    **UNITED STATES DISTRICT COURT**
19              **FOR THE EASTERN DISTRICT OF CALIFORNIA**
20
21 LAWRENCE SLAUGHTER, an individual,      CASE NO.: 2:24-cv-01757-SCR

22                      Plaintiff,          **STIPULATION AND ~~PROPOSED~~ ORDER**
                                            **FOR LEAVE TO FILE FIRST AMENDED**
23            vs.                           **COMPLAINT**

24 CITY OF SACRAMENTO, et al.,
25
                       Defendants.
26
27
28          The parties, by and through their respective attorneys, respectfully submit the following

   stipulation and proposed order for leave for Plaintiff to file a First Amended Complaint.

Whereas, during the normal course of discovery, Plaintiff identified the names of DOE defendants who Plaintiff intends to name in this matter.

Whereas, the parties met and conferred and stipulated to allow Plaintiff to name Officer GABRIEL JAMES as a defendant in this matter in place of previously named DOE defendant.

As such, the parties respectfully request and stipulate to leave for Plaintiff to file a First Amended Complaint to add the new defendant.

It is so stipulated.

It is so stipulated.

Dated:  March 10, 2025                                    **Burris, Nisenbaum, Curry & Lacy, LLP**

                                                         /s/ *James Cook*
                                                         James Cook
                                                         Attorney for Plaintiff

DATED: March 10, 2025                                    SUSANA ALCALA WOOD,
                                                         City Attorney

                                                         By: /s/ *Kate D.L. Brosseau*
                                                         **SEAN D. RICHMOND**
                                                         Senior Deputy City Attorney
                                                         **KATE D.L. BROSSEAU**
                                                         Deputy City Attorney
                                                         Attorneys for the CITY OF SACRAMENTO

## [~~PROPOSED~~] ORDER

Good cause appearing, it is hereby ordered: Plaintiff has 30 days from the date of this order to file a first amended complaint, which shall name GABRIEL JAMES as a defendant in this matter.

**IT IS SO ORDERED.**

DATED: March 10, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE