UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE SLAUGHTER,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SACRAMENTO, et al.<br><br>Defendants. | No. 2:24-cv-01757-SCR<br><br><br><br>ORDER |

      On February 13, 2025, this Court entered a Scheduling Order setting September 30, 2025 as the deadline for the completion of all non-expert discovery. ECF No. 16 at 2. That was the date suggested by the parties in their Joint Status Report. ECF No. 13 at 5. Now, just more than a month after the Scheduling Order issued, the parties have filed a "stipulation and proposed order" to extend the deadline to November 19, 2025.

      A court's pretrial scheduling order "may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). The parties have not set forth good cause for modifying the Scheduling Order. However, given that discovery remains in its early stages and that no party will be prejudiced by the extension, the Court will modify the scheduling order without a showing of good cause on this occasion only.

////

////

1

**IT IS HEREBY ORDERED:**

1. The Stipulation (ECF No. 19) is approved. The deadline to complete non-expert discovery is extended to November 19, 2025. All other deadlines shall remain as set in the Scheduling Order (ECF No. 16).
2. Any further request to modify dates in the Scheduling Order must demonstrate good cause.

IT IS SO ORDERED.

DATED: April 1, 2025.

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE