SUSANA ALCALA WOOD, City Attorney (SBN 156366)
**SCOTT P. THORNE, Deputy City Attorney II (SBN 326917)**
sthorne@cityofsacramento.org
CITY OF SACRAMENTO
915 I Street, Room 4010
Sacramento, CA  95814-2608
Telephone:  (916) 808-5346
Facsimile:   (916) 808-7455

Attorneys for the CITY OF SACRAMENTO
and GABRIEL JAMES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE SLAUGHTER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SACRAMENTO, a municipal corporation; and DOES 1-50, inclusive, individually, jointly, and severally,<br><br>Defendant. | Case No.:  2:24-cv-01757-SCR<br><br>[~~PROPOSED~~] ORDER DISMISSING ACTION WITH PREJUDICE |

Having considered the Stipulation for Dismissal with Prejudice filed by Plaintiff Lawrence Slaughter and Defendants City of Sacramento and Gabriel James pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and good cause appearing, IT IS HEREBY ORDERED:

1. The above-captioned action is DISMISSED WITH PREJUDICE.
2. Each party shall bear their own costs and attorneys' fees.
3. The Court shall retain jurisdiction over this action and the parties for the purpose of enforcing the terms of the settlement agreement.

///

///

IT IS SO ORDERED.

DATED: July 24, 2025

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE